## 62802. KING v. THE STATE.

BANKE, Judge.
Affirmed in accordance with Court of Appeals Rule 36.
*Judgment affirmed. Deen, P. J., and Carley, J., concur.*

DECIDED OCTOBER 28, 1981.

*Vernon S. Pitts, Jr.,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, A. Thomas Jones, Assistant District Attorneys,* for appellee.

## 62817. McCULLOUGH v. THE STATE.

BANKE, Judge.
Affirmed in accordance with Court of Appeals Rule 36.
*Judgment affirmed. Deen, P. J., and Carley, J., concur.*